**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* ASHOK JAIN, M.D.,　　　　　)<br>)<br>)<br>Plaintiffs,　　　　　　　　　　)<br>)<br>v.　　　　　　　　　　　　　　)<br>)<br>UNIVERSAL HEALTH SERVICES, *et al.*, )<br>)<br>Defendants.　　　　　　　　　) | Case No.　　13-06499<br><br>**FILED UNDER SEAL** | |
| UNITED STATES OF AMERICA, the　)<br>States of CALIFORNIA, COLORADO, )<br>CONNECTICUT, DELAWARE,　　　)<br>FLORIDA, GEORGIA, HAWAII,　　)<br>ILLINOIS, INDIANA, LOUISIANA,　)<br>MICHIGAN, MINNESOTA, NEVADA, )<br>NEW JERSEY, NEW MEXICO,　　　)<br>NORTH CAROLINA, OKLAHOMA,　)<br>TENNESSEE, TEXAS, and　　　　)<br>WASHINGTON, and the　　　　　)<br>COMMONWEALTHS of　　　　　)<br>MASSACHUSETTS and VIRGINIA, )<br>*ex rel.* JANE DOE, JANE ROE,　　　)<br>JOHN DOE, and ABC, LLC,　　　　)<br>)<br>Plaintiffs,　　　　　　　　　　)<br>)<br>v.　　　　　　　　　　　　　　)<br>)<br>UNIVERSAL HEALTH SERVICES, INC., )<br>THE BEHAVIORAL HOSPITAL OF　)<br>BELLAIRE, CYPRESS CREEK　　　)<br>HOSPITAL, KINGWOOD PINES　　)<br>HOSPITAL, WEST OAKS HOSPITAL, )<br>and JOHN NEKIC,　　　　　　　　)<br>)<br>Defendants.　　　　　　　　　) | Case No.　　14-00921<br><br>**FILED UNDER SEAL** | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   14-07275 |
| *ex rel.* JUNE P. BRINSON, | ) | |
| BARBARA A. BURKE, ADRIENNE D. | ) | **FILED UNDER SEAL** |
| REYNOLDS, DEMEKA N. SMITH | ) | |
| LISA P. TORRES, AND INEZ | ) | |
| MITCHELL-WARRICK | ) | |
| BRINGING THIS ACTION ON BEHALF | ) | |
| OF THE UNITED STATES OF AMERICA | ) | |
| AND THE STATES OF GEORGIA | ) | |
| AND FLORIDA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL HEALTH SERVICES, | ) | |
| INC., A DELAWARE CORPORATION; | ) | |
| UHS OF DELAWARE, INC., A | ) | |
| DELAWARE CORPORATION; | ) | |
| PSYCHIATRIC SOLUTIONS, INC., A | ) | |
| DELAWARE CORPORATION; HHC ST. | ) | |
| SIMONS, INC., A GEORGIA | ) | |
| CORPORATION DOING BUSINESS AS | ) | |
| ST. SIMONS BY-THE-SEA OR FOCUS | ) | |
| BY-THE-SEA; MONICA COOK; GAYLE | ) | |
| ECKERD; LESLI JETER; M.J. MARTELLI | ) | |
| M.D.; P.C. AND ASSOCIATES; and | ) | |
| MIGUEL MARTELLI, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the | ) | Case No.   15-00259 |
| STATE OF GEORGIA, *ex rel.* | ) | |
| TIFFANY MITCHELL, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TURNING POINT CARE CENTER, | ) | |
| INC., and UNIVERSAL HEALTH | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUDY PATE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BEHAVORIAL HOSPITAL OF BELLAIRE and UNIVERSAL HEALTH SERVICES,<br><br>　　　　Defendants. | Case No.　　15-00554<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA and STATE OF ILLINOIS *ex rel.* RICKY NAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES, *et al.*,<br><br>　　　　Defendants. | Case No.　　14-06198<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *ex rel.* SHERALYN CHISHOLM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.　　17-01892<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA and *ex rel.* RUSSELL PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v. | Case No.　　17-01897<br><br>**FILED UNDER SEAL** |

3

| | | |
|---|---|---|
| UNIVERSAL HEALTH SERVICES, *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL, | ) ) ) ) | Case No. 17-03249 **FILED UNDER SEAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNIVERSAL HEALTH SERVICES, INC.; CEDAR HILLS HOSPITAL; and UBH OF OREGON, LLC, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* CARMELLA GARDNER, | ) ) ) ) | Case No.   17-03332 **FILED UNDER SEAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNIVERSAL HEALTH SERVICES, *et al.*, | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF VIRGINIA[1] *ex rel.* DR. MATTHEW SACHS and LAURIE DIERSTEIN, | ) ) ) ) ) | Case No.   17-03604 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **FILED UNDER SEAL** |
| UNIVERSAL HEALTH SERVICES, INC., and KEMPSVILLE CENTER FOR BEHAVIORAL HEALTH, | ) ) ) ) ) | |

---

[1] The caption has been corrected to list the Commonwealth of Virginia as a plaintiff. In previous filings, this caption erroneously listed the State of Florida as a plaintiff.

4

|  |  |  |  |
|---|---|---|---|
| Defendants. | ) | | |
| UNITED STATES OF AMERICA *ex rel.* DEBRA CONAWAY, ALOMA BRYAN, and DELORES HENDERSON, | ) ) ) ) | Case No. | 17-02233 |
| | | **FILED UNDER SEAL** | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | | |
| UNIVERSAL HEALTH SERVICES, INC., and SOUTHERN CRESCENT BEHAVIORAL HEALTH SYSTEMS, | ) ) ) ) | | |
| Defendants. | ) | | |
| UNITED STATES OF AMERICA *ex rel.* STEVEN G. KLOTZ, | ) ) ) | Case No. | 17-05163 |
| | | **FILED UNDER SEAL** | |
| Plaintiff, | ) ) | | |
| v. | ) ) | | |
| UNIVERSAL HEALTH SERVICES, INC., UHS OF DELAWARE, INC., UHS OF PENNSYLVANIA, INC. d/b/a ROXBURY TREATMENT CENTER, | ) ) ) ) ) | | |
| Defendants. | ) | | |
| UNITED STATES OF AMERICA and THE COMMONWEALTH OF VIRGINIA *ex rel.* WAYNE BROCKMAN, ANGELIQUE EPPS, NICOLE LLOYD-HARDEN, WAYNE PETERSEN, JR., LAVAR REYNOLDS, WENDELL RAY SCOTT, and CONSTANTINE JOHNSON, | ) ) ) ) ) ) ) ) | Case No. | 17-05350 |
| | | **FILED UNDER SEAL** | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | | |
| UNIVERSAL HEALTH SERVICES, INC., UHS OF DELAWARE, INC., KEYSTONE NEWPORT NEWS, LLC t/a NEWPORT NEWS BEHAVIORAL HEALTH | ) ) ) ) | | |

| | |
|---|---|
| CENTER, KEYSTONE EDUCATION ) <br> AND YOUTH SERVICES, LLC,  ) <br> ) <br> Defendants.  ) | |
| UNITED STATES OF AMERICA and ) <br> THE COMMONWEALTH OF VIRGINIA ) <br> ex rel. THOMAS GLASS  ) <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> HUGHES CENTER, LLC and UNIVERSAL ) <br> HEALTH SERVICES, INC.,  ) <br> ) <br> ) <br> Defendants.  ) | Case No.   18-04018 <br><br> **<u>FILED UNDER SEAL</u>** |

## ORDER

AND NOW, this 8th day of July 2020 it is ORDERED that all documents in these related cases shall remain under seal until such time as the United States files a Notice of Intervention for Purposes of Settlement with the Court notifying the Court that settlement agreements between Defendants and the United States and between Defendants and the participating plaintiff states have been fully executed.. Upon such time as the United States files the Notice of Intervention for Purposes of Settlement:

    1.    Only the following documents in the above captioned related cases shall be unsealed:

        a.  The United States' Notice of Intervention for Purposes of Settlement;

        b.  The most recently filed Complaint or Amended Complaint in each of the above-captioned cases;

        c.  This Order; and

      d. All documents filed in the above-captioned cases after the filing of the United States' Notice of Intervention for Purposes of Settlement.

2. All other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

                BY THE COURT:

                s/ANITA B. BRODY, J.
                _____
                HONORABLE ANITA B. BRODY
                *Judge, United States District Court*