# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* ASHOK JAIN, M.D., <br>    Plaintiffs, <br><br>v. <br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br>No. 2:13-cv-06499-AB <br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JANE DOE, *et al.*, <br>    Plaintiffs, <br><br>v. <br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br>No. 2:14-cv-00921-AB <br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JUNE P BRINSON, *et al.*, <br>    Plaintiffs, <br><br>v. <br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br>No. 2:14-cv-07275-AB <br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* TIFFANY MITCHELL, <br>    Plaintiffs, <br><br>v. <br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br>No. 2:15-cv-00259-AB <br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUDY PATE,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:15-cv-00554-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RICKY NAYLOR,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:14-cv-06198-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SHERALYN CHISHOLM,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>No. 2:17-cv-01892-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *ex rel.* RUSSELL PETERSON,<br>　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>　　Defendants. | CIVIL ACTION<br>2:17-cv-01897-AB<br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB<br><br>**<u>FILED UNDER SEAL</u>** |
| UNITED STATES OF AMERICA, *ex rel.* CARMELLA GARDNER,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03332-AB<br><br>**<u>FILED UNDER SEAL</u>** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MATTHEW SACHS, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03604-AB<br><br>**<u>FILED UNDER SEAL</u>** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DEBRA CONAWAY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB<br><br>**<u>FILED UNDER SEAL</u>** |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STEVEN G. KLOTZ,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-05163-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WAYNE BROCKMAN, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-05350-AB<br><br>**FILED UNDER SEAL** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* THOMAS GLASS,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:18-04018-AB<br><br>**FILED UNDER SEAL** |

## REPORT OF TELEPHONE CONFERENCE

HELD BEFORE THE HONORABLE ANITA B. BRODY

[X] Telephone Conference

[] Other:

[X] Under Seal

DATE PROCEEDING HELD: 07/08/2020

TOTAL TIME IN PROCEEDING: 42 MIN

            s/JOSEPH B. WALTON
            JOSEPH B. WALTON,
            CIVIL DEPUTY TO HONORABLE ANITA B. BRODY